UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

PAPER STREET MEDIA, LLC, a Florida limited liability company

Plaintiff,

vs.

KICK ONLINE ENTERTAINMENT, S.A., a foreign company, d/b/a Motherless, Motherless.com, Motherlessmedia.com, and DOES 1-20,

Defendants.

Case No.: 3:17-cv-05821-BHS

ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS PURSUANT TO FED.R.CIV.P. 4(m)

**ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR EXTENSION OF TIME FOR SERVICE PURSUANT TO FED.R.CIV.P. 4(m)**

The Court, having read all papers filed in connection with the Plaintiff's *Ex Parte* Motion for Extension of Time for Service of Process Pursuant to Fed.R.Civ.P. 4(m), having considered the issues raised therein, and being otherwise fully advised, it is hereby found that:

1. Plaintiff has acted diligently and in good faith in attempting to complete service of process.

[PROPOSED] ORDER GRANTING EXTENSION OF
TIME FOR SERVICE OF PROCESS
1

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

2. The delay in complete service of process is caused by the named Defendants being foreign and the John Doe Defendants' actions in keeping hidden the owners and/or operators of the web sites at issue.

3. Plaintiff has established good cause for the extension of time for service of process.

4. There is no prejudice to the Defendants by extending time for service of process.

Accordingly, **IT IS ORDERED:**

1. Plaintiff's Motion to Extend Time For Service of Process is **GRANTED**.

2. The time for service of process is extended 90 days from the date of this Order.

Dated this ___ day of January, 2018.

_____
Honorable Benjamin H. Settle
United States District Court Judge

[PROPOSED] ORDER GRANTING EXTENSION OF
TIME FOR SERVICE OF PROCESS
2

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)