UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAPER STREET MEDIA, LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>KICK ONLINE ENTERTAINMENT, S.A., et al.,<br><br>                Defendants. | CASE NO. C17-5821 BHS<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR EARLY DISCOVERY |

This matter comes before the Court on Plaintiff Paper Street Media, LLC's ("Plaintiff") motion for early discovery (Dkt. 9).

On January 23, 2018, Plaintiff filed the instant motion seeking leave of court "to discover the identities of all owners and operators of Motherless.com and Motherlessmedia.com." *Id*. Plaintiff has shown that the defendants are real persons or entities, that it cannot identify them without early discovery, and that its suit could possibly withstand a motion to dismiss. *See Columbia Ins. Co. v. Seescandy.com*, 185 F.R.D. 573, 578–80 (N.D. Cal. 1999) (setting forth a test describing when a court could permit discovery prior to a Rule 26(f) conference for the purpose of identifying

anonymous defendants). Plaintiff, therefore, may serve discovery demands on Cloudflare, Inc., Tiggee, LLC, Highwinds Network Group, Inc., Level 3 Communications, DFWInternet Services, Inc., WhoisProxy.com Ltd, ICF Technology, Inc., FriendFinderNetworks, Inc., Centrobill, Ltd. CCBill, Traffic Haus, and ZeusClicks, Ltd. for the sole purpose of identifying the owners and operators of Motherless.com and Motherlessmedia.com. At this time, Plaintiff may not serve discovery on Internet Service Providers for IP addresses used to access the two websites because such discovery goes beyond identifying owners and operators of the sites.

**IT IS SO ORDERED**.

Dated this 24th day of January, 2018.

BENJAMIN H. SETTLE
United States District Judge